**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHIRLEY A. REICH | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **No. 1:14 cv 01106** |
| | : | |
| CITIGROUP, INC., MORTGAGE | : | |
| ELECTRONIC REGISTRATION | : | |
| SYSTEMS, INC., and RESIDENTIAL FINANCE CORP., | | |
| Defendants. | : | |
| | : | |

**DEFENDANTS CITIGROUP, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Middle District of Pennsylvania Local Rule 7.1, Defendants Citigroup, Inc. ("Citigroup")[1] and Mortgage Electronic Services, Inc. ("MERS") (collectively, "Defendants") hereby move to dismiss Plaintiff's Complaint for the reasons described in their supporting brief, which will be filed within fourteen (14) days hereof, in accordance with Middle District of Pennsylvania Local Rule 7.5. A proposed order is attached hereto.

---

[1] In their supporting brief Defendants shall demonstrate, among other things, that Citigroup is not a proper defendant in this action, even if any of Plaintiff's claims had merit (and none do).

WHEREFORE, Defendants respectfully requests that their Motion to Dismiss be granted and that Plaintiff's Complaint be dismissed in its entirety, with prejudice.

Respectfully submitted,

Dated: June 16, 2014

*/s/ Martin C. Bryce, Jr.*
Martin C. Bryce, Jr.
bryce@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorney for Citigroup, Inc., and Mortgage Electronic Registration Systems, Inc.*

Of Counsel
Andrew E. Kampf
kampfa@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.865.8500 (Telephone)
215.864.8999 (Facsimile)