IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY A. REICH,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**CITIGROUP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and RESIDENTIAL FINANCE CORP.,**<br><br>**Defendants** | : | **CIVIL NO. 1:14-CV-1106** |

**O R D E R**

The background of this order is as follows: On or about May 6, 2014, Plaintiff, proceeding pro se, filed a complaint in the Court of Common Pleas of Huntingdon County, Pennsylvania. On June 9, 2014, Defendants Citigroup, Inc. and Mortgage Electronic Registration Systems, Inc. ("MERS") removed the captioned case to this court from the Huntingdon County Court of Common Pleas.[1] On June 16, 2014, Defendants filed a motion to dismiss for failure to state a claim (Doc. 3) and, on June 30, 2014, filed a brief in support of the motion to dismiss (Doc. 4).

By order dated August 14, 2014 (Doc. 6), this court directed the issuance of the district's standing practice order (Doc. 7) and gave Plaintiff additional time to September 2, 2014 to file a response to Defendants' motion to dismiss. The August 14, 2014 order also advised Plaintiff that failure to file a

[1]There is nothing on the record to indicate that Defendants MERS and Residential Finance Corporation were served a copy of the complaint and summons.

response would result in the grant of the motion and the closure of this case pursuant to Middle District Local Rule 7.6. To date, no response to the motion to dismiss has been filed.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff is deemed not to opposed Defendants' motion to dismiss pursuant to Middle District Local Rule 7.6.

2) Defendants' motion to dismiss (Doc. 3) is **GRANTED**.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
United States District Judge

Dated: October 2, 2014.